UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL L. MILLER, on Behalf of Herself and All Others Similarly Situated,<br><br>                Plaintiff,<br><br>      v.<br><br>QUALCOMM INCORPORATED, a Delaware Corporation,<br><br>             Defendant. | Case No. 3:17-cv-00147-GPC-MDD<br><br>**ORDER ON THE JOINT MOTION TO EXTEND FILING DEADLINES FOR DEFENDANT QUALCOMM INCORPORATED'S RESPONSE TO THE COMPLAINT**<br><br>Judge:      Hon. Gonzalo P. Curiel<br><br>Date Filed:  January 25, 2017<br><br><br>[Fed. R. Civ. P. 6(b)(1)] |

ORDER ON THE JOINT MOTION TO EXTEND FILING DEADLINES FOR DEFENDANT
QUALCOMM INCORPORATED'S RESPONSE TO THE COMPLAINT
Case No. 3:17-cv-00147-GPC-MDD

1147483

Pursuant to the Parties' Joint Motion to Extend Filing Deadlines for Defendant Qualcomm Incorporated's ("Qualcomm") Response to the Complaint, Federal Rule of Civil Procedure 6(b)(1), and the Southern District of California's Civil Local Rules 7.2 and 12.1, and for good cause appearing, the Motion is hereby GRANTED according to the following terms:

(1)   Qualcomm's response to the Complaint shall be deferred until sixty (60) days after the Panel rules on the *Bornstein* plaintiffs' Motion to the Panel.

(2)   If Qualcomm answers, moves, or otherwise responds to a complaint filed in any other action that either has been or will be filed on behalf of individual or a class of consumers of cellular devices alleging anticompetitive conduct concerning the sale of modem chipsets or the licensing of SEPs within Qualcomm's stipulated time to answer, move, or otherwise respond to Plaintiff's Complaint, Qualcomm will answer, move, or otherwise respond to Plaintiff's Complaint on the same day.  This requirement excludes any response by Qualcomm in the Action filed by the Federal Trade Commission, *FTC v. Qualcomm Inc.*, No. 17-cv-220-LHK (N.D. Cal.), and in the Action filed by Apple Inc., *Apple Inc. v. Qualcomm Inc.*, No. 17-cv-108-GPC-MDD (S.D. Cal.).

IT IS SO ORDERED.

Dated:  February 17, 2017

Hon. Gonzalo P. Curiel
United States District Judge

1
ORDER ON THE JOINT MOTION TO EXTEND FILING DEADLINES FOR DEFENDANT
QUALCOMM INCORPORATED'S RESPONSE TO THE COMPLAINT
Case No. 3:17-cv-00147-GPC-MDD

1147483